DATE: 11/4/2011

**BEFORE: <u>MATSUMOTO U.S.D.J.</u>**                **TIME:**  11:00am

<u>**CRIMINAL CAUSE FOR SENTENCING**</u>

<u>**SENTENCING**</u>   **11 CR 30 (KAM) U.S.A.  VS. RALPH ARPAIO**

**DEFENDANT'S NAME: RALPH ARPAIO**                      DOCKET & FILE
✔Present     ☐ not present     ☐ custody     ✔ bail

<u>**DEFENSE COUNSEL: VINCENT ROMANO**</u>
✔ present     ☐ not present     ☐ CJA     ✔ retained     ☐ Federal Defender

**A.U.S.A: Allon Lifshitz**

**COURT REPORTER: L.Schmidt**          **Deputy**: Sandra Jackson

✔  **CASE CALLED.**          ✔ **DEFENDANT SWORN AND INFORMED OF RIGHTS**
✔  **SENTENCING HELD.**    ✔**STATEMENTS OF DEFENDANT  AND COUNSEL HEARD**
✔  **DEFENDANT PLEA GUILTY ON  COUNT FIFTY EIGHT OF THE  INDICTMENT**

**PROBATION: Four years probation with special conditions.**

<u>$100.00</u>     **Special Assessment**     <u>$11,416.50</u> **Restitution**     <u>$1,000</u> **Fine**

Defendant shall comply with the **order of restitution and pay the imposed fine.**

☐  **EXECUTION OF SENTENCE IS STAYED TO**_____.

✔  **NO REMAINING OPEN COUNTS**

☐   **REMAINING OPEN COUNTS__ OF THE INDICTMENT ARE DISMISSED**
☐  **GOVT'S MOTION**        ☐ **COURT'S MOTION**

✔ **COURT ADVISED DEFT OF RIGHT TO APPEAL.**        ☐ **I.F.P. GRANTED**

✔ **TRANSCRIPT ORDERED**

☐  **ICE DETAINER**

✔**GOVT SHALL ARRANGE FOR THE RETURN OF  DEFENDANT'S PROPERTY, IF ANY.**